UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
Grand Jury N-09-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:10CR16(AVC) |
| | : | |
| v. | : | |
| | : | |
| LUIS MELENDEZ | : | VIOLATIONS: |
| aka "Ramiro Morales-Cruz" | : | 18 U.S.C. § 1029(a)(2) |
| | : | (Access Device Fraud) |
| | : | 18 U.S.C. § 1028A(a)(1) |
| | : | (Aggravated Identity Theft) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 1029(a)(2) (Access Device Fraud)

Between on or about May 7, 2009 and on or about May 8, 2009, in the District of Connecticut, **LUIS MELENDEZ aka "Ramiro Morales-Cruz,"** the defendant herein, knowingly and with intent to defraud, used an unauthorized access device, that is, a Sam's Club credit card in the name of an individual with initials G.I., to obtain things of value aggregating $1,000 or more during a one-year period, for a total of approximately $9,771.60, thereby affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2).

### COUNT TWO
18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft)

On or about May 7, 2009, in the District of Connecticut, **LUIS MELENDEZ aka "Ramiro**

**Morales-Cruz,"** the defendant herein, during and in relation to a crime of access device fraud, that is a violation of Title 18, United States Code, Section 1029(a)(2), as specified in Count One, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the name of an individual with initials G.I. who at that time had a credit account with Sam's Club.

In violation of Title 18, United States Code, Sections 1028A(a)(1).

## COUNT THREE
18 U.S.C. §1029(a)(2) (Access Device Fraud)

On or about June 21, 2009, in the District of Connecticut, **LUIS MELENDEZ aka "Ramiro Morales-Cruz,"** the defendant herein, knowingly and with intent to defraud, used an unauthorized access device, that is, a Sam's Club credit card in the name of an individual with initials R.R.S., to obtain things of value aggregating $1,000 or more during a one-year period, for a total of approximately $9,717.92, thereby affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2).

## COUNT FOUR
18 U.S.C. §1028A(a)(1) (Aggravated Identity Theft)

On or about June 21, 2009, in the District of Connecticut, **LUIS MELENDEZ aka "Ramiro Morales-Cruz,"** the defendant herein, during and in relation to a crime of access device fraud, that is a violation of Title 18, United States Code, Section 1029(a)(2), as specified in Count Three, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the name of an individual with initials R.R.S. who at that time had a credit account with Sam's Club.

In violation of Title 18, United States Code, Sections 1028A(a)(1).

## COUNT FIVE
18 U.S.C. §1029(a)(2) (Access Device Fraud)

On or about May 25, 2009, in the District of Connecticut, **LUIS MELENDEZ aka "Ramiro Morales-Cruz,"** the defendant herein, knowingly and with intent to defraud, used an unauthorized access device, that is, a Sam's Club credit card in the name of an individual with initials W.M., to obtain things of value aggregating $1,000 or more during a one-year period, for a total of approximately $9,853.08, thereby affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2).

## COUNT SIX
18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft)

On or about May 25, 2009, in the District of Connecticut, **LUIS MELENDEZ aka "Ramiro Morales-Cruz,"** the defendant herein, during and in relation to a crime of access device fraud, that is a violation of Title 18, United States Code, Section 1029(a)(2), as specified in Count Five, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the name of an individual with initials W.M. who at that time had a credit account with Sam's Club.

In violation of Title 18, United States Code, Sections 1028A(a)(1).

A TRUE BILL

__/s/_____
FOREPERSON

UNITED STATES OF AMERICA

/s/
_____
NORA R. DANNEHY
UNITED STATES ATTORNEY

/s/
_____
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY

/s/
_____
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY